*Staff Comment:* The mandatory provisions of amended rule 13 would apply to all records in the possession of the probate court (including existing records), except for the destruction of stenographic and mechanical recording records, which are governed by MCL 701.31; MSA 27.3178(31), until June 30, 1979, and by MCL 600.859; MSA 27A.859 thereafter. The amendment is proposed because of problems of interpretation experienced with the existing language by probate court personnel.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

MARCH 13, 1979

*In re* CERTIFIED QUESTIONS FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN (JOSEPH V TRANSPORT INDEMNITY COMPANY). (Docket No. 62782.) The questions certified are considered. Pursuant to GCR 1963, 797.2, the briefs and appendix in xerographic form are accepted, and the Court accepts the request to answer the two certified questions. *Posner, Posner & Posner* for plaintiff. *Plunkett, Cooney, Rutt, Watters, Stanczyk & Pedersen, P.C.,* for defendant. United States District Court, Eastern District of Michigan, Southern Division, Case No. 7-71985.